

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ryan Broussard,

Vs. No. 11-20-00054-CV

IPSCO Tubulars, Inc. d/b/a/
TMK IPSCO,

\* From the 70th District Court
of Ector County,
Trial Court No. A-19-08-1063-CV

\* February 3, 2022

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Ryan Broussard.